IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER PATUKAS & SAINT LOUIE RAMOS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al<br><br>Defendants. | CIVIL ACTION<br>No. 2:25-cv-332 |

## ORDER

AND NOW, this 30th day of September, 2025, upon consideration of the Motion to Dismiss filed by Defendants Officer Michael Chichearo, Officer Edward Solvibile, and the City of Philadelphia (the "Motion" at Dkt. #38 filed by the "City Defendants"), Plaintiffs' opposition thereto, and both Plaintiffs' and the City Defendants' response to the Court's September 15, 2025 Order to Show Cause, it is hereby ORDERED that the Motion is DENIED. The City Defendants are ORDERED to timely file an Answer to Plaintiffs' effective Complaint. It is FURTHER ORDERED that the Motion is denied WITH PREJUDICE, and the Court will not consider any further dispositive motions by the City Defendants until the close of fact discovery.

BY THE COURT:

_____
GAIL WEILHEIMER        J.