IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER PATUKAS, et al., : | |
| : | |
| Plaintiffs, : | Civil Action |
| vs. : | |
| : | |
| AARON JENKINS, et al., : | No. 2:25-cv-00332-GAW |
| Defendants. : | |

**PLAINTIFFS' MOTION TO APPROVE MINOR'S SETTLEMENT**

AND NOW comes minor Plaintiff, Saint Louie Ramos, by and through his parent/natural guardian Plaintiff, Jennifer Patukas, and through their undersigned counsel, Jeffrey D. Schaffer, Esquire and files this Motion to Compromise and Approve Minor's Settlement of Saint Louie Ramos' claims in this matter, and in support thereof avers as follows:

1. Plaintiff, Jennifer Patukas, is the parent/natural guardian of Plaintiff, Saint Louie Ramos, a minor.

2. Minor Plaintiff, Saint Louie Ramos's date of birth is XX/ XX/2020 and social security number is XXX-XX-6882.

3. The within incident occurred on February 22, 2023, when Plaintiff, Jennifer Patukas was operating a motor vehicle and stopped at the intersection of Castor Avenue and Benner Street in Philadelphia, Pennsylvania with her son, minor Plaintiff, Saint Louie Ramos, a passenger. Defendant, Aaron Jenkins, was operating a motor vehicle on Castor Avenue and fleeing Philadelphia Police Officers[1] with Police Officer Chichearo and Officer Solvibile pursing Defendant, Aaron Jenkins. Defendant, Jenkins drove through the intersection, against a red light, striking one vehicle and then striking the Plaintiff's

---

[1] Thomas C. Ash, was the owner of the motor vehicle operated by Defendant Jenkins and has been dismissed. Defendant, Jenkins is not insured and has been defaulted.

vehicle which was lawfully stopped. Defendant, City of Philadelphia and Police Officers Chichearo and Solvibile deny liability for the incident both on factual and legal grounds.

4. Plaintiff, Jennifer Patukas, now 35 years old, and minor Plaintiff, Saint Louie Ramos, now 5 years old, by and through his parent, Jennifer Patukas, filed this civil action asserting claims for violations of Civil Rights, 42 U.S.C.§1983, negligence, personal injury and property damage against Defendants.(See Amended Complaint attached as Exhibit "A").

5. On November 5, 2025, United States Magistrate Judge, Lynne A. Sitarski held a zoom settlement conference with counsel for the City and Plaintiffs' counsel and with Plaintiff, Jennifer Patukas in attendance.

6. As a result of the settlement conference, the Plaintiffs have agreed to a total settlement of both Plaintiffs' claims in the gross amount of One Hundred and Fifty Thousand ($150,000.00) Dollars. Defendant, City of Philadelphia, has agreed to pay the gross sum of One Hundred and Fifty Thousand ($150,000.00) Dollars to Plaintiffs to resolve this claim. Plaintiffs respectfully request the division to made as follows:

   a. Jennifer Patukas - One Hundred and Thirty Thousand ($130,000.00) Dollars.

   b. Minor Plaintiff, Louie Saint Ramos, Twenty Thousand ($20,000.00) Dollars.

7. The settlement agreement includes a waiver of claims against the City of Philadelphia and Defendants, Police Officers Chichearo and Solvibile while the claim against the defaulted Defendant, Aaron Jenkins, would proceed to an assessment of damages hearing.

8. The Eastern District of Pennsylvania Local Rule of Civil Procedure 41.2, provides that all claims of a minor which shall be compromised, settled or dismissed must be approved by the court. Local R. 41.2(a). In addition, subsection (c) of the rule provides:

> (c) No counsel fee, costs or expenses shall be paid our of any fund obtained for a minor, incapacitated person or such decedent's estate as a result of a compromise, settlement, dismissal or judgment unless approved by the court.

9. In addition Pennsylvania Rule of Civil Procedure 2039(a) provides that "[n]o action to which a minor is a party shall be compromised, settled[,] or discontinued except after approval by the court pursuant to a petition presented by the guardian of the minor." Pa.R.C.P. 2039(a). When the court approves a minor's compromise, it shall "make an order approving or disapproving any agreement entered into by the guardian for the payment of counsel fees and other expenses out of the fund created by the compromise[.]" Pa.R.C.P. 2039(b).

10. The Honorable Eduardo C. Robreno, noted in *Nice v. Centennial*, 98 F. Supp. 2d 665, 669 (E.D. Pa. 2000)(citations omitted) that ..."under Local Rule 41.2, in a federal civil rights action, it is appropriate to apply the rule of decision prescribed by state law in determining the fairness of a minor's compromise and the reasonableness of any attorneys' fees allocated from the settlement.

11. Jennifer Patukas, on behalf of her minor child Saint Louie Ramos, believes that this compromise and settlement of Saint Louie Ramos's claims are in his best interests by avoiding the uncertainty of litigation, potential further delays, and to guarantee the funds will be available for the benefit of the minor Plaintiff, Saint Louie Ramos.

12. The discharge summary notes from Children's Hospital of Philadelphia, where minor Plaintiff, Saint Louie Ramos was evaluated after the crash states:

**Discharge Summary Note**

Discharge Summary by Nace, Gary, MD at 2/24/2023 1840

**Children's Hospital of Philadelphia**
**Discharge Summary**

**Patient Name:** Saint Louie Ramos
**Admission Date:** 2/23/2023
**Discharge Date:** 2/24/2023
**Attending at Discharge:** Nace, Gary MD
**Phone # for questions:** 215-590-5932
**PCP:** McDonald, Elana O

**Diagnoses:**

**Admission Diagnosis:** Facial injury, initial encounter [S09.93XA]
Contusion of chest wall, left, initial encounter [S20.212A]
Contusion of chest wall, right, initial encounter [S20.211A]
**Principal/Final Diagnosis:** Bilateral pulmonary contusion

The Children's Hospital of Philadelphia - Printed by Howard, Nadia at 9/27/2024  1:40 PM

**02/23/2023 - ED to Hosp-Admission (Discharged) in 4 South Tower (continued)**

**Discharge Summary Note (continued)**

**Secondary Diagnoses:**
Patient Active Problem List

| Diagnosis | Code |
|---|---|
| Pneumothorax | J93.9 |
| Bilateral pulmonary contusion | S27.322A |
| Fractured tooth due to trauma without complication, closed, initial encounter | S02.5XXA |
| Lip laceration | S01.511A |

**Next Steps for PCP:**

**Labs Pending at Discharge:**

**Significant Issues Requiring PCP Followup:** Well child care, follow up hospitalization after traumatic injury

**Consultant Recommendations:** Dental

**Allergies:**
Allergies as of 2/24/2023

| | Reactions | Comments |
|---|---|---|
| Other: Add Comment | Resp Distress, Hives | honey |

**Discharge Medications, Treatments and Follow-up Instructions:**

**Medications:**

**Medication List at Discharge**

Medication

acetaminophen 160 mg/5mL suspension
Take 6.6 mL (211.2 mg total) by mouth every 4 hours as needed for Pain.

EPINEPHrine 0.15 MG/0.3ML auto-injector
Inject ONE Device (0.15 mg total) into muscle once as needed for Anaphylaxis (Anaphylaxis).

ibuprofen 100 mg/5mL suspension
Take 7.2 mL (144 mg total) by mouth every 6 hours as needed for Pain.

**Other orders and instructions:**
Discharge Instructions:
Activity

| | |
|---|---|
| Activity: | As tolerated |
| Activity: | No restrictions |

Bathing: Can resume home routine
Bathing: Can resume home routine

The Children's Hospital of Philadelphia - Printed by Howard, Nadia at 9/27/2024 1:40 PM

Diet

Diet:                As tolerated

Diet

Diet:                As per home routine

Diet

Diet:                Encourage fluids

Reasons to Contact your Doctor

| | |
|---|---|
| Changes in Behavior: | Concerns for changes in your child's behavior such as decreased activity, sleeping more or less than usual, difficulty waking up child, child not acting like him/herself |
| Eating/Drinking/Urine Output: | Refusing to eat or drink, decrease in urine output(for example, number of wet diapers or trips to the bathroom) |
| Diarrhea/Vomiting | Repeated vomiting or diarrhea |

Follow-up with Primary Care Provider
        McDonald, Elana O, MD
        215-426-5566

Make an appointment to see your    5-7 days
PCP in:

Follow-up with: Dentist Please follow up with your primary dentist within 1 week from discharge.
        Follow-up with: Dentist

The discharge exam is note below:

### Discharge Exam:

**Pertinent Physical Exam at time of Discharge:**
*Weight & Vitals:*
Weight: 14.4 kg (Diaper) (02/23/23 1000)
Temp: 36.5 °C (02/24/23 1706)
Pulse: 112 (02/24/23 1706)
Respiratory Rate: 26 (02/24/23 1706)
BP: (!) 134/69 (crying and kicking) (02/24/23 1706)
SpO2: 98 % (02/24/23 1706)

| | EXAMINATION |
|---|---|
| Constitutional | Well appearing, no acute distress |
| Neurologic | Awake, alert, intermittently kicking and slapping away provider when attempting to evaluate patient, no focal neurologic or cognitive deficits, MAE |
| Eyes | PERRL, BRL, EOM intact |
| Head, Ears, Nose, Mouth, Throat | Ecchymosis with mild swelling to lateral aspect L eyebrow without step off or significant TTP. Ecchymosis noted to R forehead. no skull bony deformities, normal facial symmetry, oropharynx intact superficial laceration noted to mucosa of inner upper lip without active bleeding. Fracture noted to upper R central incisor without exposed pulp. Tooth is not loose; some bruising to gums between R central incisor and R lateral incisor - no active bleeding |
| C-spine/Neck | Full ROM, neck supple |
| Cardiovascular | RRR, S1S2 intact, normal capillary refill, +2 radial and DP pulses, skin warm and dry |
| Respiratory | Clear to auscultation bilaterally, No increased work of breathing |
| Gastrointestinal | Soft, flat, non-tender, positive bowel sounds |
| Genitourinary | Not examined |
| Skin | ecchymosis noted to RUE at elbow without associated edema or TTP. ecchymosis noted to L upper arm and L upper back without associated edema or TTP |
| Musculoskeletal | No obvious bony deformities, FROM all joints, 5/5 strength, full sensation, bears full weight on BLE |
| Back | Not examined |
| Other | n/a |

### General Discharge Information:

**Problem List:**

Active Hospital Problems

Diagnosis

- *Bilateral pulmonary contusion
- Pneumothorax
- Fractured tooth due to trauma without complication, closed, initial encounter
- Lip laceration

Resolved Hospital Problems
No resolved problems to display.

There are no active non-hospital problems to display for this patient.

**Active Lines, Drains & Airways:**
none

On September 3, 2025, The minor Plaintiff had his baby tooth extracted as a result of being damaged in the incident. See the records attached hereto from the Children's Tooth Spa, PC attached as Exhibit "B" wherein it is noted:

| 9/3/2025 | D7140 | Extraction, Erupted Tooth Or Exposed Root |

13. Based upon the factual situation as it exists, Plaintiffs' counsel and Jennifer Patukas is of the opinion that this settlement is fair and reasonable and should be accepted as the settlement amount fully and fairly compensates Saint Louie Ramos for the injuries he has suffered. Minor Plaintiff is doing well as it relates to the injures suffered in this incident and is presently not under active medical care for same.

14. Plaintiffs' counsel has agreed to an attorney's fee on the minor Plaintiff's claim of twenty (20%) percent. Counsel would respectfully submit that same is fair and reasonable in light of the complexity of this matter and the time and effort spent in this matter which included preparation of written discovery and four depositions.

15. Counsel requests payment of attorney fees in the amount of Four Thousand Dollars ($4,000.00) and costs in the amount of Seven Hundred Ninety-Six and Nineteen ($796.19), an itemization of costs is attached as Exhibit "C").

16. The Pennsylvania Department of Human Services has reduced the medical lien for the minor Plaintiff to $3,251.43. (See lien letter attached as Exhibit "D").

17. The net settlement proceeds in the amount of $ 11,952.38 shall be placed in a Certificate of Deposit and/or Savings Account at a federally insured bank at a savings institution in

the name of the Minor plaintiff not to be released prior to the Minor plaintiff's eighteenth (18th) birthday without prior consent and/or approval by a court of competent jurisdiction.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order approving the compromise and settlement of minor Plaintiff, Saint Louie Ramos's claim for the sum of $20,000.00 and accordingly directing the distribution of the proceeds of this settlement as set forth in this Motion.

SAFFREN & WEINBERG,

BY: _____

Jeffrey D. Schaffer, Esquire

Saffren & Weinberg

Counsel for Plaintiffs

Date: 12/11/2025